No. 542, Misc.   MANFREDONIA ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Joseph J. Lyman* for petitioners.   *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 544, Misc.   RUSSELL *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Sobeloff, Assistant Attorney General Olney, Robert S. Erdahl* and *Joseph A. Barry* for the United States.

No. 575, Misc.   HUGHES *v.* HEINZE, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 577, Misc.   TATE *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 589, Misc.   NEIGUT *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Sobeloff, Assistant Attorney General Olney, Robert S. Erdahl* and *John R. Wilkins* for the United States.

No. 592, Misc.   GORE *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Sobeloff, Assistant Attorney General Olney, Robert S. Erdahl* and *Robert G. Maysack* for the United States.

No. 606, Misc.   SANDERS *v.* SWOPE, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 607, Misc.   MILLER *v.* RANDOLPH, WARDEN.   Supreme Court of Illinois.   Certiorari denied.